UNITED STATES, Appellee

v

HARRY L. SHOWALTER, Private,
U. S. Army, Appellant

16 USCMA 487, 37 CMR 107

No. 19,783

January 27, 1967

Colonel Daniel T. Ghent, Major David J. Passamaneck, and Captain Gerald F. Richman were on the pleadings for Appellant, Accused.

Colonel Peter S. Wondolowski, Lieutenant Colonel Francis M. Cooper, and Captain Louren R. Wood were on the pleadings for Appellee, United States.

## Opinion of the Court

PER CURIAM:

For the reasons set out in our opinion in United States v Robbins, 16 USCMA 474, 37 CMR 94, petition for reconsideration denied January 20, 1967, the decision of the board of review is reversed. The findings of guilty and the sentence are set aside. A rehearing may be ordered.